**ROSCO, INC., Plaintiff–Appellee,**

v.

**MIRROR LITE COMPANY,**
**Defendant–Appellant.**

**No. 05–1108.**

United States Court of Appeals,
Federal Circuit.

April 19, 2005.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ARCHIE COMIC PUBLICATIONS,**
**INC., Appellant,**

v.

**CHAOYANG BAOLANSI METIC-**
**ULOUS & CHEMICAL CO.,**
**LTD., Appellee.**

**No. 05–1165.**

United States Court of Appeals,
Federal Circuit.

April 19, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Ardell L. HAWK, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

**No. 05–3127.**

United States Court of Appeals,
Federal Circuit.

April 19, 2005.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.